Timothy J. Walton (State Bar No. 184292)
LAW OFFICES OF TIMOTHY WALTON
9515 Soquel Drive Suite #207
Aptos, CA 95003
Phone: (831) 685-9800
Fax: (650) 618-8687

Daniel L. Balsam (State Bar No. 260423)
THE LAW OFFICES OF DANIEL BALSAM
2912 Diamond Street #218
San Francisco, CA 94131
Tel. & Fax: (415) 869-2873

Attorneys for Defendant/Counter-Claimant
CATHY RILEY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)**

| | |
|---|---|
| Davison Design & Development Inc., *et al.*, | ) Case No.   3:11-cv-02970 (EDL) |
| Plaintiffs, | ) **DEFENDANT'S REQUEST TO ENTER** |
| vs. | ) **PLAINTIFFS' DEFAULT** |
| Cathy Riley [erroneously sued as Catherine Riley], | ) |
| Defendant. | ) |
| CATHY RILEY, | ) |
| Counter-Claimant, | ) |
| vs. | ) |
| SPIRE VISION HOLDINGS INC., *et al* | ) |
| Counter-Defendants. | ) |

//

//

**1**
**DEFENDANT'S REQUEST TO ENTER PLAINTIFFS' DEFAULT**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Defendant/Counter-Claimant Cathy Riley ("Riley") hereby requests that the Clerk of the above-entitled Court enter default in this matter against Plaintiffs –

- Davison Design & Development Inc., a Pennsylvania corporation,
- XL Marketing Corp., a Delaware corporation,
- Spire Vision Holdings, Inc., a Delaware corporation,
- ProAdvertisers, LLC, a Delaware Limited Liability Company,
- Prime Advertisers, LLC, a Nevada Limited Liability Company,
- MediActivate, LLC, a Nevada Limited Liability Companies,
- ConnectionCentrals, [allegedly] a Delaware Series Limited Liability Company

– as to Plaintiffs' Complaint against Riley, on the grounds that said Plaintiffs failed to amend their Complaint within the time prescribed by the Federal Rules of Civil Procedure.

On January 10, 2012, this Court entered its Minute Order shortly several hours after the hearing on Riley's Motion for a More Definite Statement. In accordance with Plaintiffs' Counsel John Du Wors' suggestion during the hearing, the Court ordered counsel on both sides to meet and confer within 24 hours and submit a joint statement re: Plaintiffs' federal claims. Docket #31. At the hearing, this Court also stated that alternatively, Plaintiffs could simply file a Second Amended Complaint, removing claims as to the federal CAN-SPAM Act. Docket #32, Declaration of Daniel Balsam at ¶ 12.

Du Wors failed to contact Riley's counsel within 24 hours, despite Riley's counsel making two attempts to contact him and this Court's issuance of the Minute Order. *Id*. at ¶¶ 13-16.

On January 10, 2012, Du Wors filed a declaration that Plaintiffs elect to withdraw their federal claims, but since Du Wors was travelling, he would not be able to prepare a [second] amended complaint before January 16.  Docket #33, Declaration of John Du Wors at ¶¶ 3-4.

FRCP 12(a)(4)(B) states that the responsive pleading following the Court granting a Rule 12(e) motion for a more definite statement must be filed within 14 days.

This Court granted in part and denied in part Riley's 12(e) motion.  Docket #31.

As of the filing of this Request for Entry of Default on January 25, 2012, Plaintiffs have not filed a Second Amended Complaint, even though more than 14 days have passed since the Court's issuance of its Minute Order on January 10, 2012.

Accordingly, Riley requests that the Clerk enter Plaintiffs' default.

The above stated facts are set forth in this Court's Minute Order, Docket #31, and the Declarations of Daniel Balsam and John Du Wors, Dockets #32 and 33, on file with this Court, and the Register of Actions in general.

THE LAW OFFICES OF DANIEL BALSAM

Dated:     Jan. 25, 2012            /s/ Daniel L. Balsam
                                    Daniel L. Balsam
                                    Attorneys for Defendant/Counter-Complainant
                                    Cathy Riley